# Court of Appeals
# of the State of Georgia

ATLANTA,  November 12, 2020

*The Court of Appeals hereby passes the following order:*

**A21I0080. ACE AMERICAN INSURANCE COMPANY v. JAMES BROWN.**

James Brown sued Peter Steerman, AAA Cooper Transportation, Inc., and AAA Cooper Transportation's insurance carrier, Ace American Insurance Company ("AAI"), for injuries Brown allegedly sustained in a collision with Steerman. AAI filed an answer and defenses. Asserting that AAI had failed to adequately respond to his discovery requests, Brown filed motions to compel the production of documents and for sanctions. AAI filed a response in opposition and a motion for spoliation sanctions against Brown.

On October 4, 2020, the trial court entered an order compelling AAI to provide certain discovery responses and pay various fees, and denied AAI's motion for spoliation sanctions. On October 15, 2020, AAI filed in the trial court an application for a certificate of immediate review. The trial court issued a certificate of immediate review on that same date (October 15, 2020), but AAI did not file its application for interlocutory review in this Court until October 27, 2020. Brown has moved to dismiss this application as untimely.

Under OCGA § 5-6-34 (b), an application for interlocutory appeal must be filed within ten days of the trial court granting a timely certificate of immediate review. See *Genter v. State*, 218 Ga. App. 311, 311 (460 SE2d 879) (1995); *Graves v. Dean*, 166 Ga. App. 186, 186 (303 SE2d 751) (1983). AAI filed its application for interlocutory review more than ten days after the trial court granted the certificate of immediate review. The application, therefore, is untimely. "[W]hen the order appealed from is an interlocutory order, the appellate court does not acquire jurisdiction unless the procedure of OCGA § 5-6-34 (b) for interlocutory appeal is

followed." *Cherry v. Coast House, Ltd.*, 257 Ga. 403, 404 (2) (359 SE2d 904) (1987). Accordingly, we are unable to consider this untimely application for interlocutory appeal.

Based on the foregoing, Brown's motion to dismiss is hereby GRANTED, and this application is DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__11/12/2020_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*